Case: 3:21-mj-00167-SLO Doc #: 5 Filed: 06/28/21 Page: 1 of 2 PAGEID #: 21

RICHARD W. NAGEL
CLERK OF COURT
06/28/2021
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:21MJ167 | Date and time warrant executed: Not Executed | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Unexecuted b/c Sprint was acquired by T-Mobile

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/28/21

*Gabriella Vogt*
Executing officer's signature

Gabriella L Vogt, SA
Printed name and title

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>**INFORMATION THAT IS STORED AT PREMISES<br>CONTROLLED BY SPRINT** | )<br>)<br>)  Case No. 3:21MJ167<br>)<br>)<br>) |

**APPLICATION FOR A SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A. This court has authority to issue this warrant under 18 U.S.C. sections 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.

located in the _____ District of _____Kansas_____, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. section 249(a)(1) | Hate crimes act |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

SA GABRIELLA VOGT, FBI
*Printed name and title*

Telephone

Sworn to before me and signed in my presence via facetime.

Date: 5/3/21

*Judge's signature*

City and state: Dayton, Ohio

United States Magistrate Judge
*Printed name and title*